# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PALOMAR MEDICAL TECHNOLOGIES, INC. and THE GENERAL HOSPITAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SYNERON INCORPORATED,<br><br>Defendant. | **Civil Action No.  08-11902 (RWZ)** |
| SYNERON INCORPORATED,<br><br>Counterclaimant,<br><br>PALOMAR MEDICAL TECHNOLOGIES, INC. and THE GENERAL HOSPITAL CORPORATION,<br><br>Counterdefendants. | |

**DECLARATION OF PROFESSOR ANTHONY E. SIEGMAN IN SUPPORT OF
<u>SYNERON INCORPORATED'S REPLY BRIEF</u>**

I, Anthony E. Siegman, declare as follows:

1.      I am currently the McMurtry Professor of Engineering Emeritus at Stanford University.  I hold an AB in Engineering Science *summa cum laude* from Harvard College, an MS in Applied Physics from UCLA, and a PhD in Electrical Engineering from Stanford University.  As a faculty member at Stanford University, I have conducted research on laser devices and applications for close to fifty years.  During this period I also taught many classes about lasers and supervised 40 PhD dissertations about building and using lasers, and I have authored two comprehensive textbooks in this field — ***Introduction to Lasers and Masers*** (McGraw–Hill, 1971), and ***Lasers*** (University Science Books, 1986).  I was elected to the National Academy of Engineering in 1973 and to the National Academy of Sciences in 1988, in recognition of my work in laser technology and laser science.  In 1999, I was elected President of the Optical Society of America, one of the most prestigious professional societies concerned with optical and laser technology.  A true and correct copy of my CV is attached hereto as **Exhibit A**.

2.      Incoherent broadband light used for skin treatment includes a broad spectrum or band of wavelengths.  For example, according to their specifications, one of Syneron's light-based devices emits light with wavelengths that range from 700 nm to 2000 nm, while another emits light with wavelengths from 480 nm to 980 nm.  (A true and correct copy of this specification sheet is attached hereto as **Exhibit B**.)  By contrast, one of the defining characteristics of lasers is that they generally emit light that is monochromatic – that is of essentially a single wavelength.  Indeed, that is one of the features of lasers that makes them so useful.

3.      In actuality, the light emitted from a laser usually includes a very narrow range of wavelengths.  Because this range of wavelengths is so narrow, for most purposes it can be

1

regarded as a single wavelength. Therefore, those of ordinary skill in the art refer to laser radiation as monochromatic, and reference the central wavelength of the narrow range as the wavelength of the laser.

4. Diode lasers, like other lasers, are similarly monochromatic. The figure referenced by Palomar in its brief shows the very narrow range of wavelengths emitted by a diode laser. (Fig. 3.12, Palomar's Appendix Ex. J [David Sands, Diode Lasers (Institute of Physics Publishing 2005)] at 47.) Indeed, Palomar cites a portion of a reference book from 1998 that indicates that the range of wavelengths (or spectral width) of the light emitted by a diode laser at that time was typically only 20 to 40 Angstroms, which is two to four nanometers. (Palomar's Appendix Ex. K [Walter Koechner, Solid-State Laser Engineering (Springer-Verlag 1998)] at 288.) This is a very narrow range of wavelengths, particularly when compared to the central wavelength referenced of 808 nm — a fractional spread of less than half of one percent. By contrast, the broadband sources used by Syneron emit light that extends over a range of wavelengths of at least *three hundred* nanometers, and some of these sources emit light with a spectral width of 1300 nm. For the purpose of laser hair removal, the diode lasers in the sections of the books referenced by Palomar can be considered to be monochromatic.

5. Arrays of multiple, closely spaced, nearly identical diode lasers can be fabricated on a single, small semiconductor chip so that the individual lasers emit light of the same wavelength and in the same direction. This is what is known as a laser diode array. At the time of the filing of the Anderson patents the power output available from single diode lasers was relatively small, and thus an array of diode lasers, which would provide significantly greater power, would have been advantageous.

6.     Diode laser arrays, like individual lasers, emit light that, for the purpose of light-based hair removal, can be considered a single wavelength.  Palomar cites a sentence from a reference book that indicates that compositional changes and temperature gradients within an array can result in the emission of a broader spectral width (that is a broader range of wavelengths) from a laser diode array.  (Palomar Br. at 11; Palomar's Appendix Ex. K [Walter Koechner, Solid-State Laser Engineering (Springer-Verlag 1998)] at 288.)  This "broader" spectral width will still, however, be very small compared to the central wavelength.  Moreover, the author whom Palomar quotes notes that these problems can be avoided and describes how to do so.  (Palomar's Appendix Ex. K [Walter Koechner, Solid-State Laser Engineering (Springer-Verlag 1998)] at 288.)  A well-constructed diode laser array will, under proper operating conditions, emit light of a very narrow range of wavelengths – equivalent to a single wavelength.

7.     Palomar's assertion that the Nd:YAG, Nd:YLF and ruby lasers "normally have a spectrum in wavelengths of generations [sic] which include several wavelengths" is also very misleading.  (Palomar Br. at 11.)  Palomar relies on a quotation from a reference book regarding the spectral output of a laser "without any mode-selecting elements in the cavity."  (Palomar's Appendix Ex. K [Walter Koechner, Solid-State Laser Engineering (Springer-Verlag 1998)] at 211.)  There is no indication in the Anderson patents of an intention to use a laser without a mode-selecting (i.e. wavelength selecting) element.  Moreover, the range of wavelengths emitted by these lasers, even without mode selection, is still very small, a total spread of only .03-.05 nanometers for ruby lasers.  (*Id.*)  These lasers, like other lasers, emit light that would be considered by those of ordinary skill in the art to be monochromatic.  In fact, the Anderson Patents recite the wavelength of light produced by each of these lasers:  "Nd:YAG and Nd:YLF ($\lambda$=1064 and 1053 nm), ruby ($\lambda$=694 nm)."  ('844 Patent, Col. 9:6-7; '568 Patent, Col. 7:43-46.)

It is well known that the wavelengths of Nd:YAG, Nd:YLF, and ruby lasers are 1064 nm, 1053 nm, and 694 nm respectively.

8.  In addition to wavelength, other properties of optical radiation include fluence and pulse duration. Fluence is the energy density, usually expressed in Joules per square centimeter. Pulse duration is the duration of the laser (or flashlamp) pulse. A pulsed beam of optical radiation striking a skin surface only has a single fluence. Similarly, that pulse only has a single pulse duration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 14th day of October, 2010 in Stanford, California.

*Anthony E. Siegman*
Anthony E. Siegman